UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENTON BYRSHER BRENT,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>J. SALAZAR, Warden,<br><br>　　　　　Respondent. | No. EDCV-07-48-DOC (JWJ)<br><br>JUDGMENT |

　　　Pursuant to the Order of the Court adopting the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

　　　IT IS ADJUDGED that Judgment be entered granting the Motion to Dismiss and dismissing the Petition as untimely.

DATED: _April 3, 2008_

　　　　　　　　　　　　　　　　　　　　　_/s/ David O. Carter_
　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　United States District Judge